IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

BONNIE BALSAVAGE,

        Plaintiff,

v.                                        CIVIL ACTION NO. 2:17-cv-03850

DESARROLLO E INVESTIGACION
MEDICA ARAGONESA S.L., et al.,

        Defendants.

## MEMORNADUM OPINION AND ORDER

On October 29, 2019, I entered an order directing plaintiff to show cause on or before November 12, 2019, why her case should not be dismissed without prejudice as to the remaining defendants pursuant to Rule 4(m) of the Federal Rules of Civil Procedure. Plaintiff has not shown cause. The court **ORDERS** that plaintiff's case must be dismissed without prejudice pursuant to Rule 4(m) for failure to serve the remaining defendants within 90 days after the complaint was filed.

The court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented party.

ENTER: November 13, 2019

_____
JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE